1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service****
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARDI ROMANO,<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, JPMORGAN CHASE BANK, NA, CREDIT COLLECTION SERVICES, INC., and CREDIT CONTROL SERVICES, INC.,<br><br>            Defendants. | Case No. 2:21-cv-001150-JCM-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Mardi Romano ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, files this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1.      On June 17, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 10, 2021.  Trans Union requests  a twenty-eight (28) day extension of that deadline, up to and including September 7, 2021.

2.      The allegations in Plaintiff's Complaint date back to September 2018 and relate to a Chase account allegedly reporting on Plaintiff's credit file.  Trans Union needs additional time to locate and assemble documents relating to Plaintiff's credit file, any disputes submitted

1

by Plaintiff, and Trans Union's reinvestigation of any such disputes.  In addition, Trans Union's counsel will need additional time to review and analyze Trans Union's documents so that it may respond to the specific allegations contained in Plaintiff's Complaint.  Moreover, the parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense.  The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

3.      On August 9, 2021, counsel for Trans Union communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

4.      Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 7, 2021.  This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 10th day of August 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**


*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**FREEDOM LAW FIRM AND KIND LAW**

*/s/  Michael Kind*
George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
8985 S. Eastern Ave, Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 Fax
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*and*
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
mk@kindlaw.com
***Counsel for Plaintiff***

## **ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 11th day of August, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**