1  JACOB CLARK, ESQ.
   Nevada State Bar No. 15196
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 South 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
4  Telephone:  (702) 577-9300
   Direct Line: (702) 577-9344
5  Facsimile:   (702) 255-2858
   Email:  jclark@grsm.com
6

7  *Attorneys for Defendant,*
   *CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES*
8
                          **UNITED STATES DISTRICT COURT**
9
                                **DISTRICT OF NEVADA**
10

| Mardi Romano, | Case No. 2:21-cv-01150-JCM-EJY |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| Trans Union, LLC; JPMorgan Chase Bank, NA; and Credit Control Services, Inc. d/b/a Credit Collection Services, | **FIRST REQUEST** |
| Defendants. | |

Plaintiff MARDI ROMANO ("Plaintiff") and Defendant CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES ("CCS"), by and through their undersigned counsel, hereby stipulate and agree that CCS may have up to and including September 10, 2021, to file its responsive pleadings in this matter.  CCS was served on July 29, 2021, such that its responsive pleading was due on August 19, 2021. CCS requested that GORDON REES SCULLY MANSUKHANI LLP defend this action on August 30, 2021, such that it was not possible for the undersigned to submit a responsive pleading by the existing deadline. Plaintiff and CCS and thus respectfully request the Court grant this extension and permit it to

///

///

-1-

respond on or before September 10, 2021.

DATED this 7th day of September 2021.　　　　　DATED this 7th day of September 2021.

**KIND LAW**　　　　　　　　　　　　　　　　**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Michael Kind*　　　　　　　　　　　　　　*/s/ Jacob G. Clark*
MICHAEL KIND, ESQ.　　　　　　　　　　　　JACOB G. CLARK
Nevada Bar No. 13903　　　　　　　　　　　　Nevada Bar No. 15196
8860 South Maryland Parkway, Suite 106　　　　300 South 4th Street, Suite 1550
Las Vegas, Nevada 89123　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff,*
*MARDI ROMANO*

　　　　　　　　　　　　　　　　　　　　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

　　　　　　　　　　　　　　　　　　　　　DATED: __September 8, 2021__

-2-