George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mardi Romano*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mardi Romano, | Case No.: 2:21-cv-01150-JCM-EJY |
| Plaintiff(s,) | **Stipulation of dismissal of Trans Union, LLC with prejudice** |
| v. | |
| Trans Union, LLC; JPMorgan Chase Bank, NA; and Credit Control Services, Inc. d/b/a Credit Collection Services, | |
| Defendant(s.) | |

 Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mardi Romano and Trans Union, LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

---

STIPULATION          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 04/6/2022

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mardi Romano*

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

/s/ Rachael Swernofsky
Rachael Swernofsky, Esq.
6900 N. Dallas Pkwy Ste. 800
Dallas, Texas 75201
*Counsel for Trans Union, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 15, 2022